# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JOSEPH GEORGE MASER,

                Plaintiff(s),

v.

CITY OF CORALVILLE, IOWA; JOSHUA VAN BROCKLIN, CHRISTOPHER KAPFER, DEB SUMMERS, BILL CLARAHAN, all Individually and in Their Official Capacities as Agents and/or Employees of the Coralville Police Department; and JOHN DOES, as Yet Unknown Coralville Police Officers,

                Defendant(s),

**CIVIL NUMBER:** 3:23-cv-00028-SHL-HCA

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**:

Defendants' Motion for Summary Judgment is granted. Judgment is entered in favor of Defendants and against Plaintiff.

Date:  November 2, 2023

                CLERK, U.S. DISTRICT COURT

                /s/  M. Mast
                _____
                By: Deputy Clerk